# EXHIBIT 1

# PLAINTIFF'S TURN KEY HEALTH CLINIC MEDICAL RECORDS

# FILED UNDER SEAL PURSUANT TO LCvR 5.2-2

*Ferrell v. Walton, et al.*
**22-CV-133-GKF-JFJ**

{00665459}