**Covid-19 Procedures**

Zach Starkey <zstarkey@rcsheriff.org>
Wed 7/28/2021 8:01 PM
To: Jailers <Jailers@rcsheriff.org>

As you all know by now there is at least one confirmed covid 19 case in Frank Pod. With the increase in numbers I am trying to prepare for the worst so we might minimize the burden that it puts on the day to day operations. Listed below will be a few items that you will need to be familiar with and start incorporating into your daily routine.

1. Wear your mask while in the pods.
2. Use the spray bottles provided with the COVID-19 disinfectant to sanitize common areas in pods (kiosk, tables, showers, sinks, door handles, etc.) Do this during deck checks.
3. Everyone in the facility was issued a mask regardless if they wanted it or not. We are not enforcing people to wear them inside the pods, but if they come outside the pods they should be wearing a mask.
4. When an individual is reassigned housing,, ensure you give said person a mask.
5. We are going to utilize the backpack sprayer at least once per day (late night/ early morning) to spray the entire facility.
6. Booking cells, counters, doors along with B3 and 4 should be disinfected more frequent than other areas.
7. All pods will now be given an addition bottle of the covid disinfectant when they receive their cleaning supplies.
8. We will be issuing additional soap for each inmate on the days that toilet paper is distributed. All inmates will receive this regardless of indigent status.

A few other items you can expect to see related to this topic. I have contacted prodigy to generate a Covid-19 request form on the kiosk so that we can monitor and respond to their inquires. This will be a range of requests that could pertain to medical requesting to be tested or additional cleaning supplies.

My intent at this point is to avoid having to quarantine new intakes. We will be testing them as the arrive as we need to keep our space available as much as possible due to the construction.

I am going to work.on getting those who wished to be vaccinated set up with an opportunity to have the vaccine administered within our jail prior to phase 2 of the construction which will be within a month.

When supplies are beginning to become short let me know in advance so that we do not run out.

Thank you for your attention to this matter. If you have any questions or suggestions that will assist in this matter don't hesitate to present them to me.

Lieutenant Z. Starkey
Rogers County Sheriff's Office
Detention Division

**EXHIBIT 7**

**RISK FACTORS FOR COVID CURRENTLY IN JAIL**

| NAME | AGE | PRE-EXISTING CONDITIONS | PREGNANT | VACCINE |
|---|---|---|---|---|
|  | 68 | HTN, HX CANCER, HX, STROKE |  |  |
|  | 60 | HTN |  | 5/3/21 |
|  | 60 |  |  | 5/3/21 |
|  | 60 | HTN |  |  |
|  | 60 |  |  | 5/3/21 |
|  | 60 | HTN, HX CANCER |  |  |
|  | 65 | HTN, PACEMAKER |  |  |
|  | 45 | HTN |  |  |
|  | 34 | HTN |  |  |
|  | 46 | HTN |  |  |
|  | 47 | HTN, SEIZURES |  |  |
|  | 42 | HTN |  |  |
|  | 33 | ASTHMA |  |  |
|  | 19 |  | YES |  |
|  | 53 | HTN |  |  |
|  | 57 | ASHTHMA |  |  |
|  | 30 | ASTHMA |  | 5/3/21 |
|  | 56 | HTN |  | 5/3/21 |
|  | 58 | ASTHMA |  |  |
|  | 46 | HTN |  |  |
|  | 54 | HTN, DIABETIC |  |  |
|  | 48 | HTN |  |  |
|  | 26 | HTN |  |  |
|  | 33 | HTN |  |  |
|  | 33 | HTN |  |  |
|  | 41 | HTN |  |  |
|  | 48 | HTN, DIABETIC |  |  |
|  | 34 | HTN |  | 5/3/21 |
|  | 52 | HTN |  |  |
|  | 48 | HTN, SEIZURES |  |  |
|  | 40 | HTN |  |  |
|  | 28 | ASTHMA |  |  |
|  | 22 | DIABETIC |  | 5/3/21 |
|  | 49 | HTN |  |  |
|  | 43 | HTN |  |  |
|  | 28 |  | YES |  |
|  | 36 |  | YES |  |
|  | 34 | ASTHMA |  | 5/3/21 |

EXHIBIT 7

## Inmate List - Total: 16

| Name # | Name | D.O.B. | Current Location | Assigned Housing | Age |
|---|---|---|---|---|---|
| **L POD (16)** | | | | | |
| 435562 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L18 | 24 |
| 5749 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L08 | 34 |
| 436253 | FERRELL, JOHNNY VAN | ▇▇▇ | L-POD | L-POD-L09 | 59 |
| 450398 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L10 | 50 |
| 79436 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L16 | 44 |
| 477970 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L06 | 33 |
| 7020 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L01 | 31 |
| 70101 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L14 | 42 |
| 477452 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L07 | 48 |
| 3690 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L02 | 42 |
| 472917 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L17 | 52 |
| 467482 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L05 | 46 |
| 403122 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L15 | 43 |
| 43501 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L12 | 48 |
| 200338 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L03 | 54 |
| 2611 | ▇▇▇ | ▇▇▇ | L-POD | L-POD-L04 | 29 |

EXHIBIT 7